15-4150-cv
*Riley v. Brook*

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

# SUMMARY ORDER

**Rulings by summary order do not have precedential effect. Citation to a summary order filed on or after January 1, 2007, is permitted and is governed by Federal Rule of Appellate Procedure 32.1 and this Court's Local Rule 32.1.1. When citing a summary order in a document filed with this Court, a party must cite either the Federal Appendix or an electronic database (with the notation "summary order"). A party citing a summary order must serve a copy of it on any party not represented by counsel.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of June, two thousand sixteen.

PRESENT:  JOSÉ A. CABRANES,
          SUSAN L. CARNEY,
          CHRISTOPHER F. DRONEY,
                    *Circuit Judges.*

------------------------------------------

KATHLEEN RILEY,

       *Plaintiff-Appellant*,

       v.                                             No. 15-4150-cv

JONATHAN BROOK,

       *Defendant-Appellee.*

------------------------------------------

FOR PLAINTIFF-APPELLANT:           Sharon L. Annis, Buehler & Annis, P.L.C., Brattleboro, VT.

FOR DEFENDANT-APPELLEE:            Allan R. Keyes & Eric J. Morgan, Ryan Smith & Carbine, Ltd., Rutland, VT.

Appeal from the November 24, 2015 judgment of the United States District Court for the District of Vermont (Christina C. Reiss, *Chief Judge*).

**UPON DUE CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the District Court is **AFFIRMED**.

Plaintiff-appellant Kathleen Riley appeals from the District Court's November 24, 2015 judgment dismissing her complaint as barred by the applicable statute of limitations. "We review *de novo* a district court's grant of a motion to dismiss, including its legal interpretation and application of a statute of limitations . . . ." *Deutsche Bank Nat. Trust Co. v. Quicken Loans Inc.*, 810 F.3d 861, 865 (2d Cir. 2015). Applying this standard, we affirm, substantially for the reasons stated by the District Court in its thorough and well-reasoned November 24, 2015 opinion and order. *See Riley v. Brook*, No. 2:15-CV-150, 2015 WL 7572308 (D. Vt. Nov. 24, 2015) (citing Vt. Stat. Ann. tit. 12, § 513 (2016)).

## CONCLUSION

We have considered all of Riley's arguments on appeal and found them to be without merit. Accordingly, the November 24, 2015 judgment of the District Court is **AFFIRMED**.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

2